UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA ANN HANKERSON,<br><br>                           Plaintiff,<br><br>-against-<br><br>FDIC; ORGATIME BANKING; SOCIAL SECURITY; VIOLATION OF HUMAN RIGHTS; INSUR; HOSPITAL; 61 PCT EXT.,<br><br>                           Defendants. | 1:24-CV-1157 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 15, 2024
           New York, New York

                                                     /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                           Chief United States District Judge